**LIBERTY ROYALTIES CORPORATION, a Corporation, et al., v. Francis PORTA, Trustee, et al.**

No. 3392.

Circuit Court of Appeals, Tenth Circuit.

Aug. 29, 1946.

Bradford J. Williams, Fenelon Boesche, and Richard P. Ryan, all of Tulsa, Okl., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation August 29, 1946.